IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

FILED

MAR 3 1 2006

RALPH L. [illegible]
By mkmed

| | |
|---|---|
| UNITED STATES OF AMERICA,  }<br>}<br>Plaintiff,  }<br>}<br>v.  }<br>}<br>AYAD ABO-SEBA,  }<br>}<br>Defendant.  } | Criminal Action<br><br>No. 06-20055-01-JWL-JPO |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about December 6, 2005, within the District of Kansas,

**AYAD ABO-SEBA,**

the defendant, did knowingly and unlawfully forcibly assault, resist, impede and interfere with an officer or employee of the United States, in that the defendant Ayad Abo-Seba did forcibly assault, resist, impede and interfere with United States Probation Officer (USPO) Michelle Caples while she was engaged in the performance of her official duties and the defendant did so while using a deadly or dangerous weapon and did inflict bodily injury, that is the defendant assaulted USPO Caples by stabbing her with a pen.

In violation of Title 18, United States Code § 111(a)(1) and (b).

A TRUE BILL

_3/31/06_
DATE

FOREMAN OF THE GRAND JURY

_[signature]_
ERIC F. MELGREN, Bar No. 12430
UNITED STATES ATTORNEY
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481

[It Is Requested That Jury Trial Be Held in Kansas City, Kansas.]

Returned in open court this _31_ day of March, 2006.

_[signature]_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

2