### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                            Plaintiff,    )<br>                                                      )<br>v.                                                 )      Case No. 06-20055-01-DW<br>                                                      )<br>AYAD ABO-SEBA,                    )<br>                                                      )<br>                            Defendant. ) | |

### DEFENDANT'S RESPONSE TO
### PRELIMINARY PRESENTENCE INVESTIGATION REPORT

COMES NOW Defendant, Ayad Abo-Seba, by and through his attorneys of record, and for his Response to Preliminary Presentence Investigation Report, hereby states as follows:

1. The undersigned met with Defendant herein on Friday, February 16, 2007, with an interpreter, and reviewed the preliminary Presentence Investigation Report in its entirety.

2. At Defendant's direction and with his knowledge and consent, the undersigned hereby expresses no objections nor suggestions for corrections to the preliminary Presentence Investigation Report.

                                               Respectfully submitted,

                                               **MCQUAIN, DEHARDT &**
                                                **ROSENBLOOM, P.C.**

                                               /s/ Jay D. DeHardt
                                               Jay D. DeHardt #70747
                                               Jack West #17045
                                               4505 Madison Avenue
                                               Kansas City, Missouri 64111
                                               Telephone: (816) 531-0509
                                               Fax: (816) 751-0520
                                               E-mail: dehardt@mdrlaw.com
                                               Attorneys for Defendant Ayad Abo-Seba

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 20, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Lanny Welch, Assistant United States Attorney (email: lanny.welch@usdoj.gov)

                  /s/  Jay D. DeHardt
                 Jay D. DeHardt #70747
                 McQuain, DeHardt & Rosenbloom, P.C.
                 4505 Madison Avenue
                 Kansas City, Missouri 64111
                 Telephone:  (816) 531-0509
                 Fax:  (816) 751-0520
                 E-mail:   dehardt@mdrlaw.com
                 Attorneys for Defendant Ayad Abo-Seba